**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| BOGOPA SERVICE CORP., a New York corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 3:08-cv-365 |
| STEVEN A. SHULGA, a North Carolina resident, | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ENTRY OF DEFAULT
## AGAINST DEFENDANT STEVEN A. SHULGA

Upon the *Motion for Entry of Default Against Defendant Steven A. Shulga* filed by

Plaintiff Bogopa Service Corp., and the Court having considered the same, and for good cause

shown, IT IS HEREBY ORDERED, pursuant to Rule 55, Fed.R.Civ.P., that default is entered

against Defendant Steven A. Shulga as to all claims asserted against Defendant Steven A. Shulga

by Plaintiff Bogopa Service Corp. in the Amended Complaint filed on June 17, 2009.


Dated:_____s/Joan Gosnell, Case Manager_____


                    By: Frank G. Johns:            CLERK OF COURT