# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv365

| | |
|---|---|
| BOGOPA SERVICE CORP., a New York corporation, ) ) ) Plaintiff, ) ) vs. ) ) STEVEN A. SHULGA, ) a North Carolina resident, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to terminate this civil action.

On February 8, 2011, the Court granted in part and denied in part the Plaintiff's motion for default judgment. [Doc. 29]. A permanent injunction was entered but the motion for an award of monetary damages and attorney's fees and costs was denied without prejudice to renewal within fifteen days. [Id.].

The time within which the Plaintiff may have renewed its motion has expired and no renewed motion has been received. As a result, the Court will instruct the Clerk of Court to terminate this as a pending civil case.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall terminate this as a pending civil case.

Signed: February 25, 2011

Martin Reidinger
United States District Judge